On appellant's reconsideration filed September 13, reconsideration allowed; former opinion filed August 10 (64 Or App 339, 668 P2d 491) modified and case remanded November 2, 1983

In the Matter of the Marriage of

MUFFET,
*Respondent,*
*and*

MUFFET,
*Appellant.*

(80-2050; CA A26916)

671 P2d 118

David A. Dorsey, Coos Bay, for petition.

Before Buttler, Presiding Judge, and Warren and Rossman, Judges.

PER CURIAM

## PER CURIAM

On father's petition for reconsideration, we are persuaded that the fact that both parents seek to modify the original decree granting joint custody of their children to mother and father, each of whom now seek sole custody, constitutes a substantial change of circumstances requiring a modification of the child custody provisions of the original decree. *See Heinel and Kessel,* 55 Or App 275, 637 P2d 1313 (1981). Because the trial court found no substantial change of circumstances, it did not consider in what respect the custody provisions of the decree should be modified. That court is in the best position to make the initial determination in change of custody cases; accordingly, we remand the case to the trial court to decide whether mother or father should be given custody of the twin boys of the parties. Father does not seek custody of the parties' daughter.

Petition granted; former opinion modified and case remanded.